CINCINNATI BAR ASSOCIATION *v.* HARTKE.

[Cite as *Cincinnati Bar Assn. v. Hartke* (1993), 67 Ohio St.3d 65.]

---

(No. 92–2530—Submitted April 20, 1993—Decided August 11, 1993.)

68

*Anne E. Krehbiel* and *D. Michael Poast,* for relator.

*H. Fred Hoefle,* for respondent.

---

*Per Curiam.* We agree with the board's findings and its recommendation. Accordingly, respondent is hereby suspended from the practice of law in Ohio for a period of one year. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.